RECEIVED

MAR 0 3 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY _____

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### SHREVEPORT  DIVISION

**ANDREW D. WETZEL**         **CIVIL ACTION NO. 5:14-cv-3331**
     **LA. DOC #539179**

**VS.**                     **SECTION P**

                             **JUDGE DONALD E. WALTER**

**JERRY GOODWIN, ET AL.**      **MAGISTRATE JUDGE KAREN L. HAYES**

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein,  determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record, and, based upon plaintiff's failure to pay Court Costs as previously ordered,

**IT IS ORDERED** that the civil action (complaint and motion for injunction) be **DISMISSED WITH PREJUDICE AND STRICKEN FROM THE RECORD**; and, alternatively, **IT IS ORDERED** that the civil action (complaint and motion for injunction) be **DISMISSED WITH PREJUDICE** as malicious.

**SHREVEPORT, LOUISIANA,** this ___3___ day of _March_____, 2015.

                                       **DONALD E. WALTER**
                                 **UNITED STATES DISTRICT JUDGE**